# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI AMMARI,<br><br>　　　　　Plaintiff,<br>　v.<br>CITY OF LOS ANGELES,<br><br>　　　　　Defendant. | Case No. 2:12-cv-4644-ODW(FMOx)<br><br>**ORDER TO SHOW CAUSE RE CONSOLIDATION** |

The Court is in receipt of the parties' Rule 26(f) Joint Report. The Court hereby **ORDERS** the parties to **SHOW CAUSE** why this case should not be consolidated under Federal Rule of Civil Procedure 42(a) with *Lone Star Security and Video, Inc. v. City of Los Angeles*, No. 2:11-cv-2113-ODW(FMOx) (C.D. Cal. filed March 11, 2011).

The issues, parties, and attorneys are the same in both cases—with the exception of the plaintiffs' identities. Yet, the Court believe that the plaintiffs in the two cases are related. The parties have 14 days to comply with this order in writing; no hearing is required.

Further, the California Attorney General did not intervene in this case by the August 24, 2012 deadline. Accordingly, the stay is hereby lifted.

**IT IS SO ORDERED.**

August 28, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**