George M. Wallace -- Cal. Bar No. 101472
WALLACE, BROWN & SCHWARTZ
215 North Marengo Avenue
Third Floor
Pasadena, California 91101-1504
Email: gwallace@wbslaw.com
(626) 844-6777; Fax (626) 795-0353

Attorney for Plaintiff LONE STAR SECURITY
& VIDEO, INC., a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR SECURITY & VIDEO, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | Case No.: CV 11-02113 ODW (MRWx)<br><br>Consolidated with |
| SAMI AMMARI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | Case No.: CV 12-04644 ODW (MRWx)<br><br>**PLAINTIFF SAMI AMMARI'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT [Fed.R.Civ.P. 56]**<br><br>DATE:          December 9, 2013<br>TIME:           1:30 p.m.<br>COURTROOM:   11 |

Notice of Motion and Motion for Summary Judgment [Ammari] - 1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE  that on December 9, 2013, at 1:30 p.m., before the Honorable Otis D. Wright II, U.S. District Judge, in Courtroom 11 of the United States Courthouse, located at 312 North Spring Street, Los Angeles, California, plaintiff SAMI AMMARI, will and hereby does move the Court to enter a Summary Judgment in favor of plaintiff and against defendant CITY OF LOS ANGELES pursuant to Federal Rules of Civil Procedure, Rule 56, including an order for a permanent injunction restraining and enjoining the defendant, and its officers, agents, employees, and all those in active concert or participation with it from enforcing or purporting to enforce the provisions of  defendant's ordinance purporting to regulate "advertising signs" on motor vehicles, Los Angeles Municipal Code §87.54. This motion is made on the ground that there are no triable issues as to any material fact and that plaintiff is entitled to judgment in his favor as a matter of law, on the ground that the subject ordinance is on its face unenforceable because violative of the rights of plaintiff and others similarly situated pursuant to the First Amendment to the United States Constitution, and that the enforcement of the ordinance accordingly results in the taking of plaintiff's property without due process of law.

Counsel for plaintiff has notified counsel for the defendant of plaintiff's intention to seek this relief by motion, pursuant to Local Rule 7-3, and defendant has similarly notified plaintiff of its intent to bring on a motion of its own seeking summary judgment in its favor concurrently with this motion.

The Motion is made on the basis of this Notice, the Memorandum of Points and Authorities filed and served concurrently with this Notice, the parties' "Stipulation of Facts re Motions for Summary Judgment" and exhibits thereto

filed and served concurrently with this Notice, the proposed Statement of Uncontroverted Material Facts and Conclusions of Law filed and served concurrently with this Notice, the pleadings and records on file in this action, matters of which the Court may take judicial notice, and such other oral and documentary matter as may properly be before the Court at the time of hearing.

DATED: November 7, 2013                    WALLACE, BROWN & SCHWARTZ


                                           _/s/ George M. Wallace_____
                                           by GEORGE M. WALLACE
                                           Attorneys for Plaintiff SAMI AMMARI

Notice of Motion and Motion for Summary Judgment [Ammari] - 3