MICHAEL N. FEUER, City Attorney (SBN 111529)
**LAURIE RITTENBERG**, Assistant City Attorney (SBN 106683)
**KIMBERLY A. ERICKSON**, Deputy City Attorney (SBN 213634)
200 N. Main Street, City Hall East, Room 916
Los Angeles, CA 90012
Telephone (213) 473-6848
Facsimile (213) 473-6818
Kimberly.Erickson@lacity.org

Attorneys for Defendant
**CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR SECURITY & VIDEO, INC., a California corporation,<br><br>                              Plaintiff,<br><br>     vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>                              Defendants. | **Case No. :CV 11-02113 ODW (MRW)**<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT [AMMARI]**<br>**[Fed.R.Civ.Proc. 56]**<br><br>[Filed Concurrently with Memorandum of Points and Authorities, Separate Statement of Uncontroverted Facts and Conclusions of Law; Request for Judicial Notice and [Proposed] Judgment] |
| SAMI AMMARI, an individual,<br><br>                              Plaintiff,<br><br>     vs.<br><br>CITY OF LOS ANGELES,<br><br>                              Defendant. | Date:   December 9, 2013<br>Time:   1:30 p.m.<br>Ctrm:   11 |

1

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT /PARTIAL
SUMMARY JUDGMENT

TO PLAINTIFF SAMI AMMARI AND TO HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on December 9, 2013 at 1:30 p.m., before the Honorable Otis D. Wright II, U.S. District Judge, in Courtroom 11of the United States Courthouse located at 312 North Spring Street, Los Angeles, California, 90012, Defendant CITY OF LOS ANGELES ("Defendant") will, and hereby does, move this Court for an order of summary judgment, or in the alternative, partial summary judgment, pursuant to Federal Rule of Civil Procedure 56 against Plaintiff SAMI AMMARI ("Plaintiff"). Defendant seeks an order of summary judgment based on the grounds, as more fully set forth in Defendant's Memorandum of Points and Authorities attached hereto, that there is no genuine issue as to material fact as to the constitutionality of Los Angeles Municipal Code §87.54 pertaining to advertising signs on parked motor vehicles, as such, Defendant is entitled to judgment as a matter of law.

The Motion is based upon the allegations contained in Plaintiff's Verified Complaint, the Memorandum of Points and Authorities attached hereto, the Separate Statement of Undisputed Facts and Conclusions of Law, the Request for Judicial Notice, the exhibits, the pleadings and records on file in this action, and/or any other oral and documentary evidence presented to the Court at the time of the hearing, if one is deemed necessary.

This motion is made following the conference of Counsel pursuant to Local Rule 7-3 which took place on October 24, 2013.

DATED:  November 7, 2013

MICHAEL N. FEUER, City Attorney
GARY G. GEUSS, Chief Assistant City Attorney
LAURIE RITTENBERG, Assistant City Attorney


By:  _____ /s/ Kimberly A. Erickson_____
KIMBERLY A. ERICKSON
Attorneys for Defendant
CITY OF LOS ANGELES

2

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT /PARTIAL SUMMARY JUDGMENT