**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONE STAR SECURITY & VIDEO, INC., a California corporation,<br><br>                      Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.<br><br>                      Defendants. | **Case No. :CV 11-02113 ODW (MRW)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT (AMMARI)** |
| SAMI AMMARI, an individual,<br><br>                      Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>                      Defendant. | |

1

[PROPOSED] ORDER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant City of Los Angeles ("Defendant") moved for an order granting summary judgment pursuant to FED. R. CIV. PRO. 56.  The motion was heard on December 9, 2013 at 1:30 p.m. in Courtroom 11 of the United States District Court for the Central District of California before the Honorable Otis D. Wright II.

After having read and considered the moving and opposition papers, and following oral argument by the parties, the Court finds there are no issues of material fact and that the City of Los Angeles is entitled to judgment as a matter of law.  Accordingly, the Court GRANTS Defendant's MOTION FOR SUMMARY JUDGMENT.

**IT IS SO ORDERED.**

DATED: _____          _____

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

MICHAEL N. FEUER, City Attorney (SBN 111529)
**LAURIE RITTENBERG**, Assistant City Attorney (SBN 106683)
**KIMBERLY A. ERICKSON**, Deputy City Attorney (SBN 213634)
200 N. Main Street, City Hall East, Room 916
Los Angeles, CA 90012
Telephone (213) 473-6848
Facsimile (213) 473-6818
Kimberly.Erickson@lacity.org

Attorneys for Defendant
**CITY OF LOS ANGELES**

[PROPOSED] ORDER