JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMI AMMARI,<br><br>　　　　　Plaintiff,<br>　v.<br>CITY OF LOS ANGELES,<br>　　　　　Defendant. | Case No. 2:12-cv-04644-ODW(MRWx)<br><br>**JUDGMENT FOR DEFENDANT CITY OF LOS ANGELES** |

In light of the findings of fact and conclusions of law contained in the Court's December 20, 2013 Order Granting DEFENDANT CITY OF LOS ANGELES'S Motion for Summary Judgment (ECF No. 47), the Court **ORDERS** that judgment be entered as follows:

1. Judgment for DEFENDANT CITY OF LOS ANGELES and against PLAINTIFF SAMI AMMARI;

2. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

December 20, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**